FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 29 2026

TAMMY H. DOWNS, CLERK
By: ____________
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:25-cr-00177-JM-01**

**CORDARIUS DEQUAN HOLMES** **DEFENDANT**

**ORDER**

After conferring with counsel, Cordarius Dequan Holmes consented to a plea hearing before Magistrate Judge Benecia B. Moore. On *de nova* review, the Court adopts her recommendations. No objections were filed and the time to do so has passed.

Holmes, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on July 23, 2025, in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

The Court accepts Holmes's guilty plea and convicts him of the offense. The United States' oral motion to dismiss is granted. Count two of the Indictment is dismissed as to Holmes.

IT IS SO ORDERED this 29 day of September, 2026.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE